ROBERT HOLMES, Individually and as Trustee et al., Appellants, *v.* SAINT JOSEPH LEAD COMPANY et al., Defendants, and EDWARD C. SMITH et al., Respondents.

*Holmes* v. *Saint Joseph Lead Co.*, 168 App. Div. 688, affirmed.
(Argued January 5, 1916; decided January 25, 1916.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 9, 1915, which reversed an order of Special Term granting plaintiff's motion for judgment on the pleadings and overruling a demurrer to the complaint. The complaint alleged that while the individual defendants were directors and officers of the defendant St. Joseph Lead Company, and some of them directors and officers of Farmers and Miners Trust Company and were thus charged with the duties of such position, they and each of them failed and neglected to perform their duties in the management of the property and affairs committed to their charge as such directors, and were so grossly negligent and careless in the performance of their duties that St. Joseph Lead Company suffered great loss and damage thereby.

The following question was certified: "Does the complaint state facts sufficient to constitute a cause of action?"

*Samuel F. Moran* and *Louis B. Grant* for appellants.

*Henry C. Quinby* and *George Edwin Joseph* for respondents.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.